GEORGE ALBERT WINGATE, as Surrogate of Kings County, Respondent, v. EDWARD J. FLYNN, as Secretary of State of the State of New York, Appellant. ALGERON I. NOVA, as County Judge of Kings County, Respondent, v. EDWARD J. FLYNN, as Secretary of State of the State of New York, Appellant.— Motions for leave to appeal to the Court of Appeals granted.

ROSE VAN DE BOGART, Plaintiff, v. GEORGE COWLES and ARTHUR VAN DE BOGART, Defendants.— Motion for stay denied, with ten dollars costs.

EARL J. PLUMLEY and Another, Taxpayers of the Town of Long Lake, Hamilton County, New York, Appellants, v. LEWIS L. JENNINGS, as Supervisor of the Town of Long Lake, Hamilton County, N. Y., and Others, All Constituting the Town Board of Long Lake, Hamilton County, N. Y., Respondents.— Judgment unanimously affirmed, with costs.